UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALETHA HICKS,

    Plaintiff,

v.                             Case No. 12-13581

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
                                       /

**JUDGMENT**

    In accordance with the court's "Opinion and Order" dated July 18, 2013,

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff Aletha Hicks. Dated at Detroit, Michigan, this 18th day of July 2013.

                                              DAVID J. WEAVER
                                              CLERK OF THE COURT

                                              <u>s/ Richard Loury for Lisa Wagner</u>
                                              By: Lisa Wagner, Case Manager
                                              to Judge Robert H. Cleland