**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ALETHA HICKS,

    Plaintiff,

v.                                           Case No. 12-13581

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
                                                      /

**JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, the Court hereby enters judgment in favor of Plaintiff, reversing the Commissioner's decision and remanding this case to the Social Security Administration for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C § 405(g).

                                                   s/ Robert H. Cleland
                                                   ROBERT H. CLELAND
                                                   UNITED STATES DISTRICT JUDGE

Dated: July 18, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 18, 2013, by electronic and/or ordinary mail.

                                                 s/ Richard Loury for Lisa Wagner
                                                 Case Manager and Deputy Clerk
                                                 (313) 234-5522