UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALETHA HICKS,

    Plaintiff,

v.                                                      Case No. 12-13581

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
                                                       /

**ORDER DENYING WITHOUT PREJUDICE
PLAINTIFF'S MOTION FOR ATTORNEY FEES**

    Plaintiff Aletha Hicks moves for attorney fees under 28 U.S.C. § 2412 (the EAJA), but does not state that she made any attempt to confer with opposing counsel to seek concurrence in the object of the motion before filing it as required by E.D. Mich LR 7.1(a). Indeed, she has put the Government to the task of crafting a lengthy response to the motion which begins with an explanation that the Government does not fundamentally disagree with Plaintiff. The extent to which there may exist any further disagreement is unknown to the court and, in the absence of any effort to seek concurrence, will remain unknown to Plaintiff as well.

    The motion is DENIED WITHOUT PREJUDICE.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: August 28, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 28, 2013, by electronic and/or ordinary mail.

                                             s/Holly Monda for Lisa Wagner
                                             Case Manager and Deputy Clerk
                                             (313) 234-5522